**2003–0059.   State ex rel. Rash v. Jackson.**
Warren App. No. CA2002–09–100. Sua sponte, cause held for the decision in 2003–0392, *Pratts v. Hurley*, Ross App. No. 02CA2674, 2003-Ohio-864.

**2003–0157.   State ex rel. The Cincinnati Enquirer, Div. of Gannett Satellite Info. Network, Inc. v. Cissell.**
Hamilton App. No. C–010763, 149 Ohio App.3d 350, 2002-Ohio-4803. Sua sponte, cause to be set for oral argument.
   PFEIFER, J., dissents.

**2003–0239.   Mlecik v. Farmers Ins. of Columbus, Inc.**
Cuyahoga App. No. 81110, 2002-Ohio-6222. Sua sponte, cause held for only the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; and briefing schedule stayed.
   RESNICK and F.E. SWEENEY, JJ., dissent.
   O'DONNELL, J., not participating.

**2003–0674.   State v. Copeland–Jackson.**
Ashland App. No. 02COA018, 2003-Ohio-1043. On motion for stay of the imposition and enforcement of post-release control and registration and notification. Motion denied.
   O'DONNELL, J., not participating.

**2003–0714.   State v. Robinson.**
Cuyahoga App. No. 82306. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**2003–0719.   State v. Lentz.**
Lucas App. No. L–01–1461, 2003-Ohio-1038. On motion for leave to file delayed appeal. Motion granted.
   RESNICK, F.E. SWEENEY and O'DONNELL, JJ., dissent.

**2003–0723.   State v. Rodriguez.**
Marion App. No. 9–01–01, 2001-Ohio-2179. On motion for leave to file delayed appeal. Motion denied.

**2003–0734.   State v. Alexander.**
Cuyahoga App. No. 81529, 2003-Ohio-760. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0751.   State v. Stanishia.**
Franklin App. No. 01AP–1298, 2002-Ohio-4762. On motion for leave to file delayed appeal. Motion denied.

**2003–0756.   State v. Adbullah.**
Allen App. No. 1–02–91. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.

**2003–0803.   State v. Elliott.**
Columbiana App. No. 01CO24, 2003-Ohio-1426. On motion for stay of court of appeals' judgment. Motion denied.
   RESNICK, J., dissents.

**2003–0805.   Adams v. Fink.**
Ross App. No. 02CA2660, 2003-Ohio-1457. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2002–1956, *Tucker v. Wilson*, Clermont App. No. CA2002–01–002, 2002-Ohio-5142; and briefing schedule stayed.

**2003–0810.   State v. White.**
Jefferson App. No. 01JE3. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER, J., dissents.